Antoine L. Ward
c/o Saul E. Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Antonio Alvin Rogers
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Ceilia Wilson
c/o Davis F. Albright, Jr. Esq.
200 E. Lexington Street
Baltimore, MD 21202


Chantay Scott
c/o Goodell, Devries, leech & Danon LP
One South St., 20th Floor
Baltimore, MD 21202


Chantel Streeter
c/o Spence, Kohler & Christie, PA
401 Washington Ave., #701
Towson, MD 21204


Charles Jednorski, Esq.
403 Allegheny Avenue
Towson, MD 21286


Deven Dukes
c/o David F. Albright, Jr.
200 E. Lexington St.
Baltimore, MD 21202


Dominique McClan
c/o David F. Albright, Jr.
200 E. Lexington St.
Baltimore, MD 21202

Dominique Mitchell
c/o David F. Albright, Jr., Esq.
200 E. Lexington St.
Baltimore, MD 21202


Goode v. Wye Realty
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


HSBC
PO Box 4552
Buffalo, NY 14240


Irene Lemon
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Oba A. Torbit
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Qondra Andre'a Harris
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Richard Lawson
c/o Saul E. Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202

Rogers Burrell
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Terry Dallas
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202


Tina Glover
c/o Saul Kerpelman, Esq.
10 N. Calvert St.
Suite 600
Baltimore, MD 21202