# United States Bankruptcy Court
## District of Maryland

In re   **Paul Wye Nochumowitz** _____,

Case No.  **05-36870** _____

Chapter _____**7**_____

Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 2,650,000.00 | | |
| B - Personal Property | Yes | 4 | 181,178.23 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 1,214,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,162.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,190.88 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 2,831,178.23 | | |
| Total Liabilities | | | | 1,714,000.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Paul Wye Nochumowitz**                                              Case No.   **05-36870**

                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3504 Old Post Dr., Baltimore, MD 21218** | **Home Residence** | **J** | **550,000.00** | **0.00** |
| **400 Alton Road, Unit 2508, Miami, Florida 33139** | **2nd Residence** | **J** | **1,000,000.00** | **500,000.00** |
| **Ground rents** | **Investment** | **J** | **1,100,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,650,000.00** | (Total of this page) |
| Total > | **2,650,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Paul Wye Nochumowitz**                                    Case No.    **05-36870**

_____,
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Valley Bank of Maryland, 1777 Reisterstown Rd., Baltimore, MD 21208; Acct ending in 1315** | J | 978.05 |
| | | **Carrollton Bank of Baltimore** | J | 2,218.52 |
| | | **Carrollton Bank of Baltimore** | J | 3,078.70 |
| | | **Valley Bank of Maryland, account ending in 6323.** | J | 2,736.91 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Maryland Home - Master bedroom: 5 chairs ($50), 1 bed ($100), 1 desk ($50), 5 tables ($50), 1 chest ($75), 3 lamps ($60); Second Bedroom: 1 bed ($100), 1 chair ($50), 1 desk ($50), 1 bureau ($25), 1 table ($10), 2 book cases ($50); Third bedroom: Desk and 2 chairs ($100), Bed ($100), 2 Bureaus ($50), 2 night tables ($25), 1 lamp ($10); Porch: 6 tables ($60), 12 chairs ($120), 1 sofa ($100), 1 lamp ($20), 1 glass rack ($50), 1 grill ($50), 4 lawn chairs ($40); Den: Sofa ($100), Desk & chair ($100), TV ($100), Stereo ($50); Play room: Sofa ($50), Table ($10), TV ($50), Fourth bedroom: Bed ($100), 2 night tables ($50), Desk and chair ($100), Bureau ($100), TV ($50); Kitchen: Table and four chairs ($150), TV ($50), Refrigerator ($50), Needlepoints ($10); Dining Room: Table & 8 chairs ($200), Living room: Desk and 4 chairs ($150), 2 cabinets ($150), Sofa ($150), 5 tables ($100), 3 lamps ($100); Foyer/Hall: Bench ($100), 2 mirrors ($100); Fifth Bedroom: 1 bed ($100), Armoir ($200), Sofa ($100), Chair ($50), Computer ($50), Fax ($25)** | J | 4,090.00 |

|  | Sub-Total > | 13,102.18 |
|---|---|---|
|  | (Total of this page) | |

___**3**___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re __**Paul Wye Nochumowitz**_____,   Case No. ___**05-36870**_____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Florida home - Living room: 2 sofas ($200), 1 built in ($100), 1 cocktail table ($50), 1 end table ($25), 1 rug ($100), 1 tv ($100); Guest bedroom: 1 bed ($100), 2 end tables ($50), 1 rug ($100), 1 tv ($50), 2 pictures ($20), 1 miror ($10); Master bedroom: 1 bed ($200), 2 end tables ($50), 1 chair ($50), 1 bureau ($100), 1 rug ($100), 3 pictures ($30), 1 mirror ($25), 1 tv ($50); Dining room: 1 table ($100), 4 chairs ($40), 2 pictures ($50); Kitchen: 2 stools: ($20); Porch: 2 lounge chairs ($40); 1 table ($10); 4 chairs ($40); 1 table ($25)** | - | 1,835.00 |
| | | **Houswares** | - | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Wife's collection of candlesticks, vases, picture albums and old purses** | J | 15,000.00 |
| | | **2 antique cabinets (one valued at $1,000 and the other valued at $2,500)** | J | 2,500.00 |
| | | **2 antique mirrors** | J | 3,000.00 |
| 6. Wearing apparel. | | **Winter coat, jacket, 2 suits, 18 shirsts, 10 trousers, 10 pairs of shoes.** | - | 150.00 |
| 7. Furs and jewelry. | | **Wedding band and Gucci watch** | - | 185.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **IRA: American Funds.** | - | 77,493.30 |
| | | **IRA: John Hancock Insurance** | - | 11,531.40 |
| | | **IRA: MFS Investment** | - | 47,081.35 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Nock Realty Company - 100%** | - | 0.00 |
| | | **Village Real Estate, LLC - 100%** | - | 0.00 |

Sub-Total >   159,076.05
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

In re __Paul Wye Nochumowitz_____,   Case No. ___05-36870_____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **PWN Properties, LLC - 100%** | **-** | **0.00** |
| | | **FNPN, LLC - 50%** | **-** | **9,000.00** |
| | | **PNMR, LLC - 50%** | **-** | **0.00** |
| | | **MAP Mortgage, LLC 50% with spouse as T/E** | **J** | **0.00** |
| | | **Chelsea Horse North Apts - 50% with spouse as t/e** | **J** | **0.00** |
| | | **Shelley Investment Corp - 100%** | **-** | **0.00** |
| | | **Wye Realty, Inc. - 100%** | **-** | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **9,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Paul Wye Nochumowitz**                                                                        Case No.    __05-36870__
                                                                   Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | **181,178.23** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Paul Wye Nochumowitz**                                      Case No.    **05-36870**
_____,
                              Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **3504 Old Post Dr., Baltimore, MD 21218** | **11 USC § 522(b)(2)(B)** | **550,000.00** | **550,000.00** |
| **400 Alton Road, Unit 2508, Miami, Florida 33139** | **11 USC § 522(b)(2)(B)** | **500,000.00** | **1,000,000.00** |
| **Ground rents** | **11 USC § 522(b)(2)(B)** | **1,100,000.00** | **1,100,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Valley Bank of Maryland, 1777 Reisterstown Rd., Baltimore, MD 21208; Acct ending in 1315** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **702.78** | **978.05** |
| | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **275.27** | |
| **Carrollton Bank of Baltimore** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **2,218.52** | **2,218.52** |
| **Carrollton Bank of Baltimore** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **3,078.70** | **3,078.70** |
| **Valley Bank of Maryland, account ending in 6323.** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **2,736.91** | **2,736.91** |
| **Household Goods and Furnishings** | | | |
| **Maryland Home - Master bedroom: 5 chairs ($50), 1 bed ($100), 1 desk ($50), 5 tables ($50), 1 chest ($75), 3 lamps ($60); Second Bedroom: 1 bed ($100), 1 chair ($50), 1 desk ($50), 1 bureau ($25), 1 table ($10), 2 book cases ($50); Third bedroom: Desk and 2 chairs ($100), Bed ($100), 2 Bureaus ($50), 2 night tables ($25), 1 lamp ($10); Porch: 6 tables ($60), 12 chairs ($120), 1 sofa ($100), 1 lamp ($20), 1 glass rack ($50), 1 grill ($50), 4 lawn chairs ($40); Den: Sofa ($100), Desk & chair ($100), TV ($100), Stereo ($50); Play room: Sofa ($50), Table ($10), TV ($50); Fourth bedroom: Bed ($100), 2 night tables ($50), Desk and chair ($100), Bureau ($100), TV ($50); Kitchen: Table and four chairs ($150), TV ($50), Refrigerator ($50), Needlepoints ($10); Dining Room: Table & 8 chairs ($200), Living room: Desk and 4 chairs ($150), 2 cabinets ($150), Sofa ($150), 5 tables ($100), 3 lamps ($100); Foyer/Hall: Bench ($100), 2 mirrors ($100); Fifth Bedroom: 1 bed ($100), Armoir ($200), Sofa ($100), Chair ($50), Computer ($50), Fax ($25)** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **4,090.00** | **4,090.00** |

___2___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Paul Wye Nochumowitz**                                        Case No. __**05-36870**__
_____,
                              Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Florida home - Living room: 2 sofas ($200), 1 built in ($100), 1 cocktail table ($50), 1 end table ($25), 1 rug ($100), 1 tv ($100); Guest bedroom: 1 bed ($100), 2 end tables ($50), 1 rug ($100), 1 tv ($50), 2 pictures ($20), 1 miror ($10); Master bedroom: 1 bed ($200), 2 end tables ($50), 1 chair ($50), 1 bureau ($100), 1 rug ($100), 3 pictures ($30), 1 mirror ($25), 1 tv ($50); Dining room: 1 table ($100), 4 chairs ($40), 2 pictures ($50); Kitchen: 2 stools: ($20); Porch: 2 lounge chairs ($40); 1 table ($10); 4 chairs ($40); 1 table ($25)** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **1,835.00** | **1,835.00** |
| **Houswares** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **300.00** | **300.00** |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Wife's collection of candlesticks, vases, picture albums and old purses** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **15,000.00** | **15,000.00** |
| **2 antique cabinets (one valued at $1,000 and the other valued at $2,500)** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **2,500.00** | **2,500.00** |
| **2 antique mirrors** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **3,000.00** | **3,000.00** |
| **Wearing Apparel** <br> **Winter coat, jacket, 2 suits, 18 shirsts, 10 trousers, 10 pairs of shoes.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | **150.00** | **150.00** |
| **Furs and Jewelry** <br> **Wedding band and Gucci watch** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)** | **185.00** | **185.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **IRA: American Funds.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **77,493.30** | **77,493.30** |
| **IRA: John Hancock Insurance** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **11,531.40** | **11,531.40** |
| **IRA: MFS Investment** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **47,081.35** | **47,081.35** |
| **Stock and Interests in Businesses** <br> **Nock Realty Company - 100%** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **0.00** | **0.00** |
| **Village Real Estate, LLC - 100%** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **0.00** | **0.00** |
| **PWN Properties, LLC - 100%** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **0.00** | **0.00** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **Paul Wye Nochumowitz**                                         Case No.    **05-36870**
_____
                                  Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **FNPN, LLC - 50%** | **Md. Code Ann., Corps. & Ass'ns § 9-502** | **9,000.00** | **9,000.00** |
| **PNMR, LLC - 50%** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **0.00** | **0.00** |
| **MAP Mortgage, LLC 50% with spouse as T/E** | **In re Levy Ford, Jr., 638 F.2d14 (4th Cir. 1981)** | **0.00** | **0.00** |
| **Chelsea Horse North Apts - 50% with spouse as t/e** | **In re Levy Ford, Jr., 638 F.2d 14 (4th Cir. 1981)** | **0.00** | **0.00** |
| **Shelley Investment Corp - 100%** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **0.00** | **0.00** |
| **Wye Realty, Inc. - 100%** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **0.00** | **0.00** |

Sheet    **2**    of    **2**    continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6D
(12/03)

In re  **Paul Wye Nochumowitz**                                     ,     Case No.  **05-36870**
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5160086** | | | **400 Alton Road, Unit 2508, Miami, Florida 33139** | | | | | |
| **Creditor #: 1** **HSBC** **PO Box 4552** **Buffalo, NY 14240** | X | - | | | | | | |
| | | | Value $                **1,000,000.00** | | | | **500,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **500,000.00** |
| Total (Report on Summary of Schedules) | | **500,000.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E
(04/04)

In re __Paul Wye Nochumowitz__ ,                                    Case No. __05-36870__
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re __Paul Wye Nochumowitz__ , Case No. __05-36870__
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Creditor #: 1** **American Express** **Suite 0002** **Chicago, IL 60679-0002** | | - | | | | | | | **50,000.00** |
| Account No. 24-v-02-004522 **Creditor #: 2** **Antoine L. Ward** **c/o Saul E. Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | | | **Unknown** |
| Account No. 24-c-02-00731 **Creditor #: 3** **Antonio Alvin Rogers** **c/o Saul Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | | | **Unknown** |
| Account No. **Creditor #: 4** **Ceilia Wilson** **c/o Davis F. Albright, Jr. Esq.** **200 E. Lexington Street** **Baltimore, MD 21202** | | - | | | | | | | **Unknown** |

__4__    continuation sheets attached

Subtotal
(Total of this page)    **50,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                S/N:25393-050128    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Paul Wye Nochumowitz**                                        Case No. **05-36870**
_____,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **24-c-02-002376** | | | | | | | | |
| **Creditor #: 5**<br>**Chantay Scott**<br>**c/o Goodell, Devries, leech & Danon LP**<br>**One South St., 20th Floor**<br>**Baltimore, MD 21202** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Creditor #: 6**<br>**Chantel Streeter**<br>**c/o Spence, Kohler & Christie, PA**<br>**401 Washington Ave., #701**<br>**Towson, MD 21204** | X | - | | | | | | **600,000.00** |
| Account No. | | | | Wage garnishment | | | | |
| **Creditor #: 7**<br>**Charles Jednorski, Esq.**<br>**403 Allegheny Avenue**<br>**Towson, MD 21286** | | - | | | | | | **Unknown** |
| Account No. **24-c-05-001669** | | | | | | | | |
| **Creditor #: 8**<br>**Deven Dukes**<br>**c/o David F. Albright, Jr.**<br>**200 E. Lexington St.**<br>**Baltimore, MD 21202** | | - | | | | | | **Unknown** |
| Account No. **24-c-04-003315** | | | | | | | | |
| **Creditor #: 9**<br>**Dominique McClan**<br>**c/o David F. Albright, Jr.**<br>**200 E. Lexington St.**<br>**Baltimore, MD 21202** | X | - | | | | | | **Unknown** |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **600,000.00**

Form B6F - Cont.
(12/03)

In re  **Paul Wye Nochumowitz**                                    Case No.  **05-36870**
_____ ,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24-c-04-007467** | | | | | | | |
| **Creditor #: 10**<br>**Dominique Mitchell**<br>**c/o David F. Albright, Jr., Esq.**<br>**200 E. Lexington St.**<br>**Baltimore, MD 21202** | **X** | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Creditor #: 11**<br>**Dominique Satterfield**<br>**c/o Saul Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Creditor #: 12**<br>**Goode v. Wye Realty**<br>**c/o Saul Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Creditor #: 13**<br>**Irene Lemon**<br>**c/o Saul Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** | | - | | | | | **69,000.00** |
| Account No. | | | | | | | |
| **Creditor #: 14**<br>**Kelvin Bridges**<br>**c/o Evan Thalenberg, Esq.**<br>**216 E. Lexington St.**<br>**Baltimore, MD 21202** | **X** | - | | | | | **Unknown** |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **69,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Paul Wye Nochumowitz**                                    , Case No.  **05-36870**
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **24-c-04-005762** | | | | | | | | | |
| **Creditor #: 15** **Oba A. Torbit** **c/o Saul Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | | | **Unknown** |
| Account No. **24-c-02-006521** | | | | | | | | | |
| **Creditor #: 16** **Qondra Andre'a Harris** **c/o Saul Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | | | **475,000.00** |
| Account No. **24-c-03-007978** | | | | | | | | | |
| **Creditor #: 17** **Richard Lawson** **c/o Saul E. Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | X | - | | | | | | | **Unknown** |
| Account No. **24-c-03-003183** | | | | | | | | | |
| **Creditor #: 18** **Rogers Burrell** **c/o Saul Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | | | **Unknown** |
| Account No. **24-c-04-006512** | | | | | | | | | |
| **Creditor #: 19** **Terry Dallas** **c/o Saul Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | | | **Unknown** |

Sheet no. __**3**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **475,000.00**

Form B6F - Cont.
(12/03)

In re **Paul Wye Nochumowitz** _____ ,   Case No. ____**05-36870**_____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 20** **Tina Glover** **c/o Saul Kerpelman, Esq.** **10 N. Calvert St.** **Suite 600** **Baltimore, MD 21202** | | - | | | | | **20,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**4**__ of __**4**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **20,000.00** |
| Total (Report on Summary of Schedules) | | **1,214,000.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Paul Wye Nochumowitz**                                         Case No.  __05-36870__
                                    ,
                              Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

__0__  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Paul Wye Nochumowitz**                                          Case No.  **05-36870**
_____,                        _____
                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amie S. Nochumowitz**<br>**3504 Old Post Dr.**<br>**Pikesville, MD 21208** | **HSBC**<br>**PO Box 4552**<br>**Buffalo, NY 14240** |
| **Marshal Rief**<br>**30 East 25th Street**<br>**Baltimore, MD 21218** | **Chantel Streeter**<br>**c/o Spence, Kohler & Christie, PA**<br>**401 Washington Ave., #701**<br>**Towson, MD 21204** |
| **Marshal Rief**<br>**30 East 25th Street**<br>**Baltimore, MD 21218** | **Dominique McClan**<br>**c/o David F. Albright, Jr.**<br>**200 E. Lexington St.**<br>**Baltimore, MD 21202** |
| **Marshal Rief**<br>**30 East 25th Street**<br>**Baltimore, MD 21218** | **Chantay Scott**<br>**c/o Goodell, Devries, leech & Danon LP**<br>**One South St., 20th Floor**<br>**Baltimore, MD 21202** |
| **Marshal Rief**<br>**30 East 25th Street**<br>**Baltimore, MD 21218** | **Richard Lawson**<br>**c/o Saul E. Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** |
| **Marshall Rief**<br>**30 East 25th Street**<br>**Baltimore, MD 21218** | **Dominique Mitchell**<br>**c/o David F. Albright, Jr., Esq.**<br>**200 E. Lexington St.**<br>**Baltimore, MD 21202** |
| **Shelly Inveestment Corp.** | **Kelvin Bridges**<br>**c/o Evan Thalenberg, Esq.**<br>**216 E. Lexington St.**<br>**Baltimore, MD 21202** |

**0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6I
(12/03)

In re    Paul Wye Nochumowitz                                    Case No.    05-36870
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP<br>Son<br>Son<br>Daughter | AGE<br>16<br>20<br>23 |

| **EMPLOYMENT** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Bail bondsman | |
| Name of Employer | Big Boyz Bail Bonds, Inc. | |
| How long employed | 5 years | |
| Address of Employer | 151 N. Highland Ave.<br>Baltimore, MD 21224 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,516.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 1,516.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 353.74 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify) | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 353.74 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,162.26 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance<br>(Specify) | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income<br>(Specify) | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 1,162.26 | $ N/A |

TOTAL COMBINED MONTHLY INCOME          $          1,162.26          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re    Paul Wye Nochumowitz                              Case No.    05-36870
                              Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $    3,980.88 |
| Are real estate taxes included? | Yes __X__      No ___ | |
| Is property insurance included? | Yes ___      No __X__ | |
| Utilities:      Electricity and heating fuel | | $    700.00 |
| Water and sewer | | $    20.00 |
| Telephone | | $    100.00 |
| Other | | $    0.00 |
| Home maintenance (repairs and upkeep) | | $    150.00 |
| Food | | $    200.00 |
| Clothing | | $    200.00 |
| Laundry and dry cleaning | | $    40.00 |
| Medical and dental expenses | | $    100.00 |
| Transportation (not including car payments) | | $    100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $    0.00 |
| Charitable contributions | | $    0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $    600.00 |
| Life | | $    0.00 |
| Health | | $    0.00 |
| Auto | | $    0.00 |
| Other | | $    0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $    0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | | $    0.00 |
| Other | | $    0.00 |
| Other | | $    0.00 |
| Other | | $    0.00 |
| Alimony, maintenance, and support paid to others | | $    0.00 |
| Payments for support of additional dependents not living at your home | | $    0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $    0.00 |
| Other | | $    0.00 |
| Other | | $    0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $    6,190.88 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | | $    N/A |
| B.  Total projected monthly expenses | | $    N/A |
| C.  Excess income (A minus B) | | $    N/A |
| D.  Total amount to be paid into plan each | _____ | $    N/A |
| | (interval) | |

# United States Bankruptcy Court
## District of Maryland

In re    Paul Wye Nochumowitz                                    Case No.    05-36870

                                        Debtor(s)                Chapter     7


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.


Date    November  2, 2005                    Signature    /s/ Paul Wye Nochumowitz

                                                          Paul Wye Nochumowitz
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.