# United States Bankruptcy Court
## District of Maryland

In re **Paul Wye Nochumowitz**, Debtor

Case No. **05-36870**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 2,650,000.00 | | |
| B - Personal Property | Yes | 4 | 181,178.23 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 1,214,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,162.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,190.88 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 2,831,178.23 | | |
| Total Liabilities | | | | 1,714,000.00 | |

Form B6F
(12/03)

In re  **Paul Wye Nochumowitz**  ,   Case No.  **05-36870**
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 1** <br> **American Express** <br> **Suite 0002** <br> **Chicago, IL 60679-0002** | | - | | | | | **50,000.00** |
| Account No. 24-v-02-004522 <br> **Creditor #: 2** <br> **Antoine L. Ward** <br> **c/o Saul E. Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. 24-c-02-00731 <br> **Creditor #: 3** <br> **Antonio Alvin Rogers** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. <br> **Creditor #: 4** <br> **Ceilia Wilson** <br> **c/o Davis F. Albright, Jr. Esq.** <br> **200 E. Lexington Street** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |

___4___ continuation sheets attached

Subtotal (Total of this page)  **50,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     S/N:25393-051201   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Paul Wye Nochumowitz**, Case No. **05-36870**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24-c-02-002376** <br> **Creditor #: 5** <br> **Chantay Scott** <br> **c/o Goodell, Devries, leech & Danon LP** <br> **One South St., 20th Floor** <br> **Baltimore, MD 21202** | X | - | | | | | **Unknown** |
| Account No. <br> **Creditor #: 6** <br> **Chantel Streeter** <br> **c/o Spence, Kohler & Christie, PA** <br> **401 Washington Ave., #701** <br> **Towson, MD 21204** | X | - | | | | | **600,000.00** |
| Account No. <br> **Creditor #: 7** <br> **Charles Jednorski, Esq.** <br> **403 Allegheny Avenue** <br> **Towson, MD 21286** | | - | **Wage garnishment** | | | | **Unknown** |
| Account No. <br> **Creditor #: 8** <br> **Department of Finance** <br> **469 City Hall** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. **24-c-05-001669** <br> **Creditor #: 9** <br> **Deven Dukes** <br> **c/o David F. Albright, Jr.** <br> **200 E. Lexington St.** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **600,000.00**

Form B6F - Cont.
(12/03)

In re **Paul Wye Nochumowitz**, Case No. **05-36870**
                Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 24-c-04-003315 <br> **Creditor #: 10** <br> **Dominique McClan** <br> **c/o David F. Albright, Jr.** <br> **200 E. Lexington St.** <br> **Baltimore, MD 21202** | X | - | | | | | **Unknown** |
| Account No. 24-c-04-007467 <br> **Creditor #: 11** <br> **Dominique Mitchell** <br> **c/o David F. Albright, Jr., Esq.** <br> **200 E. Lexington St.** <br> **Baltimore, MD 21202** | X | - | | | | | **Unknown** |
| Account No. <br> **Creditor #: 12** <br> **Dominique Satterfield** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. <br> **Creditor #: 13** <br> **Goode v. Wye Realty** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. <br> **Creditor #: 14** <br> **Irene Lemon** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **69,000.00** |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **69,000.00**

Form B6F - Cont.
(12/03)

In re **Paul Wye Nochumowitz**,    Case No. **05-36870**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 15**<br>**Kelvin Bridges**<br>**c/o Evan Thalenberg, Esq.**<br>**216 E. Lexington St.**<br>**Baltimore, MD 21202** | X | - | | | | | **Unknown** |
| Account No. **24-C-05-011018**<br>**Creditor #: 16**<br>**Nitrell Ward**<br>**c/o Evan K. Thalenberg**<br>**216 East Lexington Street**<br>**Baltimore, MD 21202** | | - | | X | | X | **Unknown** |
| Account No. **24-c-04-005762**<br>**Creditor #: 17**<br>**Oba A. Torbit**<br>**c/o Saul Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. **24-c-02-006521**<br>**Creditor #: 18**<br>**Qondra Andre'a Harris**<br>**c/o Saul Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** | | - | | | | | **475,000.00** |
| Account No. **24-c-03-007978**<br>**Creditor #: 19**<br>**Richard Lawson**<br>**c/o Saul E. Kerpelman, Esq.**<br>**10 N. Calvert St.**<br>**Suite 600**<br>**Baltimore, MD 21202** | X | - | | | | | **Unknown** |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **475,000.00**

Form B6F - Cont.
(12/03)

In re **Paul Wye Nochumowitz**,                                                                                  Case No. **05-36870**
                                         Debtor

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **24-c-03-003183** <br> **Creditor #: 20** <br> **Rogers Burrell** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. **24-c-04-006512** <br> **Creditor #: 21** <br> **Terry Dallas** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **Unknown** |
| Account No. <br> **Creditor #: 22** <br> **Tina Glover** <br> **c/o Saul Kerpelman, Esq.** <br> **10 N. Calvert St.** <br> **Suite 600** <br> **Baltimore, MD 21202** | | - | | | | | **20,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **20,000.00**

Total (Report on Summary of Schedules)  **1,214,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
### District of Maryland

In re   Paul Wye Nochumowitz       Case No.   05-36870
Debtor(s)       Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February 14, 2006       Signature   /s/ Paul Wye Nochumowitz
                                                                                                  Paul Wye Nochumowitz
                                                                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.