IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PAUL WYE NOCHUMOWITZ** | * | **Case No. 05-36870-SD** |
| | | **(Chapter 7)** |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE FOR NOTICE OF RULE 2004 EXAMINATION

I HEREBY CERTIFY that on 10th day of March, 2006, a copy of the Notice of Rule 2004 Examination *Duces Tecum* of Paul Wye Nochumowitz was served by first-class mail, postage prepaid, on:

James Vidmar, Esquire
Jennifer D. Larkin, Esquire
Linowes & Blocher LLP
7200 Wisconsin Avenue
Suite 800
Bethesda, MD 20814-4842

George W. Liebmann
Liebmann & Shively
8 West Hamilton Street
Baltimore, MD 21201

/s/ Scott W. Foley
Scott W. Foley, Bar No. 25963
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland 21201
(410) 385-0202

*Counsel to the Claimants*

F:\LIT\SWFOLEY\WPDATA\Kerpelman\Nochumowitz Notice of 2004.doc;;msw