

E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PAUL WYE NOCHUMOWITZ** | * | Case No. 05-36870-SD |
| | | (Chapter 7) |
| Debtor | * | |

* * * * * * * * * * * * *

### STIPULATION AND CONSENT ORDER MODIFYING ORDER EXTENDING TIME TO FILE COMPLAINTS OBJECTING TO DISCHARGE AND TO DETERMINE DISCHARGEBILITY OF DEBTS

George W. Liebmann, the Chapter 7 Trustee (the "Trustee"), Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover (collectively, the "Claimants") and Paul Wye Nochumowitz (the "Debtor") enter into this Stipulation and Consent Order Modifying Order Extending Time to File Complaints Objecting to Discharge and to Determine Dischargeability of Debts (the "Stipulation and Consent Order") and, in support thereof, state:

WHEREAS, on January 3, 2006, the Trustee and the Claimants filed a Joint Motion to Extend Time (I) to File Complaints Objecting to Discharge and (II) to Determine Dischargeability of Debts (the "Extension Motion");

WHEREAS, on January 4, 2006, the Debtor filed an opposition to the Extension Motion;

WHEREAS, on February 16, 2006, the Claimants filed a Motion for Authority to Conduct Rule 2004 Examination of Paul Wye Nochumowitz (the "Examination Motion");

WHEREAS, on February 24, 2006, the Debtor filed a motion seeking to quash the Examination Motion;

WHEREAS, on February 28, 2006, the Court entered an order (the "Extension Order") granting the Extension Motion pursuant to which the time to (i) file complaints objecting to the Debtor's discharge and (ii) determine dischargeability of debts were extended through and including April 2, 2006 (Docket No. 37);

WHEREAS, on February 28, 2006, the Court entered an order (the "Examination Order") granting the Examination Motion;

WEHEREAS, on March 8, 2006, the Debtor filed motions seeking to reconsider the Extension Order and the Examination Order;

WHEREAS, on March 14, 2006, the Court entered an order denying the Debtor's request for reconsideration of the Extension Order;

WHEREAS, on March 14, 2006, the Court entered an order modifying the Examination Order pursuant to which document discovery was limited to the three year period prior to the commencement of the Debtor's bankruptcy case;

WHEREAS, the Debtor's Rule 2004 examination (the "Examination") is scheduled for April 18, 2006 with documents to be produced prior thereto; and

WHEREAS, to allow for the Examination prior to the expiration of the discharge and dischargeability deadlines (the "Deadlines") and to avoid the costs associated with litigating over a further extension of the Deadlines, the Claimants, Trustee and Debtor agree to extend the Deadlines as set forth in this Stipulation and Consent Order.

NOW THEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED that all parties shall have through and including the date that is twenty-one (21) days after the Examination to file complaints objecting to the Debtor's discharge pursuant to 11 U.S.C. §523 and/or determine dischargeability of debts pursuant to 11 U.S.C. §727; and it is further

ORDERED that nothing herein shall be construed to limit the rights of the Claimants and/or the Trustee to request additional extensions of the Deadlines; and it is further

ORDERED that nothing herein shall be construed as a waiver of the Debtor's right to assert that the Deadlines have already expired.

**AGREED, STIPULATED AND CONSENTED TO:**

| | |
|---|---|
| /s/ James A. Vidmar | /s/ Scott W. Foley |
| James A. Vidmar, Bar No. 00271 | Scott W. Foley, Bar No. 25963 |
| Linowes & Blocher LLC | Shapiro Sher Guinot & Sandler |
| 7200 Wisconsin Avenue, Ste 800 | 36 S. Charles St., 20th Fl. |
| Bethesda, MD 20814-4842 | Baltimore, MD 21201 |
| (301) 961-5205 | (410) 385-0202 |
| *Counsel to Debtor* | *Counsel to Claimants* |

/s/ George W. Liebmann
George W. Liebmann, Bar No. 01112
Liebmann & Shively
8 W. Hamilton St.
Baltimore, MD 21201

*Chapter 7 Trustee*

I hereby certify that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original Consent Order and the signatures represented by /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

3

cc: Richard M. Goldberg, Esquire
Scott W. Foley, Esquire
Shapiro Sher Guinot & Sandler
36 S. Charles St., Ste. 2000
Baltimore, MD 21201

James A. Vidmar, Esquire
Linowes & Blocher LLC
7200 Wisconsin Avenue, Ste 800
Bethesda, MD 20814

Kevin Arthur, Esquire
David Shuster, Esquire
Kramon & Graham  PA
1 South St., 26th Fl.
Baltimore, MD 21202

George W. Liebmann
Liebmann & Shively
8 W. Hamilton Street
Baltimore, MD 21201

**End of Order**

F:\LIT\SWFOLEY\WPDATA\Kerpelman\Nochumowitz\StipulationConsetOrder.doc;;msw

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: csofinows           Page 1 of 2              Date Rcvd: Mar 31, 2006
Case: 05-36870                Form ID: pdfall           Total Served: 41


The following entities were served by first class mail on Apr 02, 2006.
db          +Paul Wye Nochumowitz,   3504 Old Post Dr.,   Pikesville, MD 21208-3010
intp        +Antoine Ward, Antonio Rogers, Dominic Satterfield,,   Shapiro Sher Guinot & Sandler,
              36 S Charles Street,   Suite 2000,   Baltimore, MD 21201-3104
cr          +Carrollton Bank,   c/o Robert J. Parsons, II,   Rogers, Moore & Rogers,   6 S. Calvert Street,
              Baltimore, MD 21202-1301
23827130    +American Express,   Suite 0001,   Chicago, IL 60679-0001
23882956    +American Express,   Suite 0002,   Chicago, IL 60679-0001
23847315    +Amie S. Nochumowitz,   3504 Old Post Dr.,   Pikesville, MD 21208-3010
23652105    +Antoine L. Ward,   c/o Saul E. Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652106    +Antonio Alvin Rogers,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23847320    +Arnie S. Nochumowitz,   3504 Old Post Dr.,   Pikesville, MD 21208-3010
23887754    +Carrollton Bank,   P.O. Box 24129,   Baltimore, MD 21227-0629
23652107    +Ceilia Wilson,   c/o Davis F. Albright, Jr. Esq.,   200 E. Lexington Street,
              Baltimore, MD 21202-3530
23652108    +Chantay Scott,   c/o Goodell, Devries, leech & Danon LP,   One South St., 20th Floor,
              Baltimore, MD 21202-3298
23652109    +Chantel Streeter,   c/o Spence, Kohler & Christie, PA,   401 Washington Ave., #701,
              Towson, MD 21204-4836
23652110    +Charles Jednorski, Esq.,   Atty for India Streeter,   403 Allegheny Avenue,
              Towson, MD 21204-4214
23861900     Charles Jednorski, Esq.,   Atty for Chantel Streeter,   403 Allegheny Avenue,
              Towson, MD 21204-4214
23866148    +Christina Prevette, a minor,   c/o David F. Albright, Jr., Esquire,   200 E. Lexington Street,
              Suite 200,   Baltimore, MD 21202-3524
23652146    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
23847316     Department of Finance,   469 City Hall,   Baltimore, MD 21202
23652149    +Deputy County Attorney,   Baltimore County Office of Law,   400 Washington Avenue, 2nd Floor,
              Towson, MD 21204-4606
23652111    +Deven Dukes,   c/o David F. Albright, Jr.,   200 E. Lexington St.,   Baltimore, MD 21202-3530
23652112    +Dominique McClan,   c/o David F. Albright, Jr.,   200 E. Lexington St.,   Baltimore, MD 21202-3530
23652113    +Dominique Mitchell,   c/o David F. Albright, Jr., Esq.,   200 E. Lexington St.,
              Baltimore, MD 21202-3530
23847317    +Dominique Satterfield,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652114    +Goode v. Wye Realty,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652115    +HSBC,   PO Box 4552,   Buffalo, NY 14240-4552
23652116    +Irene Lemon,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23827131    +Kelvin Bridges,   c/o Evan Thalenberg, Esq.,   216 E. Lexington St.,   Baltimore, MD 21202-3501
23847318    +Marshal Rief,   30 E. 25th Street,   Baltimore, MD 21218-5107
23847323    +Marshalll Rief,   30 E. 25th Street,   Baltimore, MD 21218-5107
23879633    +Nitrell Ward,   c/o Evan K. Thalenberg,   216 East Lexington Street,   Baltimore, MD 21202-3501
23652117    +Oba A. Torbit,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652118    +Qondra Andre'a Harris,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652119    +Richard Lawson,   c/o Saul E. Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652120    +Rogers Burrell,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23847319    +Shelly Investment Corp.,   30 E. 25th Street,   Baltimore, MD 21218-5107
23652148    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
23652147    +Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
              Baltimore, MD 21202-3635
23652121    +Terry Dallas,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23866145    +Thomas Smallwood, a minor,   c/o David F. Albright, Jr.,   200 E. Lexington Street,   Suite 200,
              Baltimore, MD 21202-3524
23866146    +Thomasina Smallwood, a minor,   c/o David F. Albright, Jr., Esquire,   200 E. Lexington Street,
              Suite 200,   Baltimore, MD 21202-3524
23652122    +Tina Glover,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23847321*    Department of Finance,   469 City Hall,   Baltimore, MD  21202
23847322*   +Shelly Investment Corp.,   30 E. 25th Street,   Baltimore, MD 21218-5107
                                                                                                TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0416-1          User: csofinows            Page 2 of 2            Date Rcvd: Mar 31, 2006
Case: 05-36870                Form ID: pdfall            Total Served: 41

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2006**                       **Signature:**     _Joseph Speetjens_