IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PAUL WYE NOCHUMOWITZ** | * | Case No. 05-36870-SD |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR HEARING

Claimants, Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover, hereby request that the Court schedule a hearing on the following:

**Motion to Compel (i) Debtor to Produce Documents, and (ii) Appear for 2004 Examination, and (iii) Motion for Sanctions (Docket No. 63); and the Response in Opposition to Claimants' Motion to Compel (i) Debtor to Produce Documents, and (ii) Appear for 2004 Examination, and (iii) Motion for Sanctions (Docket No. 64).**

/s/ Scott W. Foley
Scott W. Foley, Bar No. 25963
Shapiro Sher Guinot & Sandler
36 S. Charles Street, Suite 2000
Baltimore, MD 21201-3147
(410) 385-0202

*Counsel to the Claimants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2006, a copy of the foregoing Request for Hearing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

James Vidmar, Esquire
Jennifer D. Larkin, Esquire
Linowes & Blocher LLP
7200 Wisconsin Avenue
Suite 800
Bethesda, MD 20814-4842

George W. Liebmann
Liebmann & Shively
8 West Hamilton Street
Baltimore, MD 21201

/s/ Scott W. Foley
Scott W. Foley

F:\LIT\SWFOLEY\WPDATA\Kerpelman\Nochumowitz\Request for Hearing.doc;;msw