Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:   05−36870
Judge:   E. Stephen Derby

In Re:   Paul Wye Nochumowitz
Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

on 6/13/06 at 02:00 PM

to consider and act upon the following:

63 − Motion to Compel (i) Debtor to Produce Documents and (ii) Appear for 2004 Examination and (iii) Motion for Sanctions Filed by Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover as "Claimants". (Attachments: # (1) Exhibit # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) Proposed Order) (Goldberg, Richard) Modified on 5/9/2006 (Frank, S). CORRECTIVE ENTRY: CHANGED TO CORRECT NAMES IN DOCKET TEXT FOR TERRY DALLAS AND TINA GLOVER.

64 − Opposition Response on behalf of Paul Wye Nochumowitz Filed by James A. Vidmar Jr. (related document(s)[63] Motion to Compel, filed by Interested Party Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover as "Claimants"). (Attachments: # (1) Exhibit A# (2) Exhibit B) (Vidmar, James) Modified on 5/9/2006 (Frank, S). CORRECTIVE ENTRY: CHANGED TO CORRECT NAMES IN DOCKET TEXT FOR TERRY DALLAS AND TINA GLOVER.

65 − Request for Hearing on behalf of Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dalland and Tina Clover as "Claimants" Filed by Scott W. Foley (related document(s)[63] Motion to Compel, filed by Interested Party Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallasand Tina Glover as "Claimants"). (Foley, Scott) Modified on 5/9/2006 (Frank, S).CORRECTIVE ENTRY:
CHANGED TO CORRECT NAMES IN DOCKET TEXT FOR TERRY DALLAS AND TINA GLOVER.

66 − Response on behalf of Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover as "Claimants" Filed by Scott W. Foley. (Foley, Scott) Modified on 5/9/2006 (Frank, S). CORRECTIVE ENTRY: CHANGED TO CORRECT NAMES IN
DOCKET TEXT FOR TERRY DALLAS AND TINA GLOVER.

67 − Motion for Protective Order on Further Discovery by Certain Lead Paint Claimants and for Relief from the Order Extending Time to File Complaints Objecting to Discharge Filed by Paul Wye Nochumowitz. (Attachments: # (1) Exhibit A# (2) Proposed Order) (Vidmar, James)

68 − Opposition on behalf of Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover as "Claimants" Filed by Scott W. Foley (related document(s)[67] Motion for Protective Order, filed by Debtor Paul Wye Nochumowitz). (Attachments: # (1) Proposed Order) (Foley, Scott) Modified on 5/8/2006 (Devine, E). CORRECTIVE ENTRY:

CORRECTED NAME OF TERRY DALLAS.

69 – Request for Hearing on behalf of Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover as "Claimants" Filed by Scott W. Foley (related document(s)[67] Motion for Protective Order, filed by Debtor Paul Wye Nochumowitz). (Foley, Scott) Modified on 5/8/2006 (Devine, E).CORRECTIVE ENTRY: CORRECTED NAME OF TERRY DALLAS.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/9/06

Mark D. Sammons, Clerk of Court
by Deputy Clerk, S Frank 410–962–4197

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: sfrank                Page 1 of 1              Date Rcvd: May 09, 2006
Case: 05-36870                 Form ID: ntchrgbk           Total Served: 23


The following entities were served by first class mail on May 11, 2006.
db          +Paul Wye Nochumowitz,   3504 Old Post Dr.,   Pikesville, MD 21208-3010
cr          +Antoine Ward,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Antonio Rogers,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Dominic Satterfield,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Goode,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,   36 S. Charles Street, Ste. 2000,
              Baltimore, MD 21201-3104
cr          +Irene Lemon,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
sp          +Kevin F. Arthur,   Kramon & Graham,   1 South Street, Suite 2600,   Baltimore, MD 21202-3291
cr          +Oba Torbit,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Qundra Harris,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Richard Lawson,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Roger Burrell,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Terry Dallas,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
cr          +Tina Glover,   c/o Scott W. Foley,   Shapiro Sher Guinot & Sandler,
              36 S. Charles Street, Ste. 2000,   Baltimore, MD 21201-3104
23652105    +Antoine L. Ward,   c/o Saul E. Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23847317    +Dominique Satterfield,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652114    +Goode v. Wye Realty,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652116    +Irene Lemon,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652117    +Oba A. Torbit,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652118    +Qondra Andre'a Harris,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652119    +Richard Lawson,   c/o Saul E. Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652120    +Rogers Burrell,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652121    +Terry Dallas,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881
23652122    +Tina Glover,   c/o Saul Kerpelman, Esq.,   10 N. Calvert St.,   Suite 600,
              Baltimore, MD 21202-1881

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2006                    Signature:   _Joseph Speetjens_