

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PAUL WYE NOCHUMOWITZ** | * | Case No. 05-36870-SD |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND CONSENT ORDER
## MODIFYING ORDER ON MOTION TO COMPEL

George W. Liebmann, the Chapter 7 Trustee (the "Trustee"), Antoine Ward, Antonio Rogers, Dominic Satterfield, Goode, Irene Lemon, Oba Torbit, Qundra Harris, Richard Lawson, Roger Burrell, Terry Dallas and Tina Glover (collectively, the "Claimants") and Paul Wye Nochumowitz (the "Debtor") enter into this Stipulation and Consent Order Modifying Order on Motion to Compel (the "Motion to Compel Order") and, in support thereof, state:

WHEREAS, on January 3, 2006, the Trustee and the Claimants filed a Joint Motion to Extend Time (I) to File Complaints Objecting to Discharge and (II) to Determine Dischargeability of Debts (the "Extension Motion");

WHEREAS, on February 28, 2006, the Court entered an order (the "Extension Order") granting the Extension Motion pursuant to which the time to (i) file complaints objecting to the

Debtor's discharge and (ii) determine dischargeability of debts were extended through and including April 2, 2006 (Docket No. 37);

WHEREAS, on March 31, 2006, the Court entered a Stipulation and Consent Order extending the Discharge and Dischargeability Deadlines through and including May 9, 2006;

WHEREAS, on March 10, 2006, the Claimants filed a Notice of Rule 2004 Examination Duces Tecum scheduling the Debtor's Rule 2004 Examination for April 18, 2006;

WHEREAS, on April 17, 2006, the Debtor filed a Motion for Protective Order seeking to prohibit the Examination from going forward on April 18, 2006;

WHEREAS, the Debtor failed to appear for the Examination on April 18, 2006;

WHEREAS on April 21, 2006 the Court entered an Order Denying the Motion for Protective Order;

WHEREAS, the Claimants filed a Motion to Compel (i) Debtor to Produce Documents and (ii) Appear for 2004 Examination, and (iii) Motion for Sanctions (the "Motion to Compel") on April 24, 2006;

WHEREAS, on May 4, 2006, the Debtor filed a Motion for Protective Order on Further Discovery by Certain Lead Paint Claimants and for Relief from the Order Extending Time to File Complaints Objecting to Discharge (the "2nd Protective Order Motion"), seeking a ruling from the Court that the Claimants be prohibited from further discovery and that the discharge deadlines be deemed to have run;

WHEREAS after a hearing on June 13, 2006, the Court (i) denied the 2nd Protective Order Motion, and (ii) entered an Order on Motion to Compel, granting the Motion to Compel and directing the Debtor to appear for a Rule 2004 Examination on June 22nd and June 23, 2006;

WHEREAS the Order on Motion to Compel also extended the discharge and dischargeability deadlines through and including July 31, 2006 without limitation on the right to seek a further extension of the deadlines;

WHEREAS, a Rule 2004 Examination (the "Examination") of the Debtor was conducted on June 22nd and June 23, 2006 and remains open;

WHEREAS the parties have agreed to reconvene the Rule 2004 Examination of the Debtor on August 3, 2006; and

WHEREAS, to allow for the completion of the Examination and the Claimants' investigation of the Debtor's affairs prior to the expiration of the deadlines to file complaints objecting to discharge and to determine dischargeability of debts (the "Deadlines") and to avoid the costs associated with litigating over a further extension of the Deadlines, the Claimants, Trustee and Debtor agree to extend the Deadlines as set forth in this Stipulation and Consent Order.

NOW THEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED that all parties shall have through and including August 10, 2006 to file complaints objecting to the Debtor's discharge pursuant to 11 U.S.C. §523 and/or determine dischargeability of debts pursuant to 11 U.S.C. §727; and it is further

ORDERED that nothing herein shall be construed to limit (i) the rights of the Claimants and/or the Trustee, or other parties to request additional extensions of the discharge deadlines set forth in the decretal paragraph above or (ii) the right of the Debtor to oppose any such requested additional extension; and

**AGREED, STIPULATED AND CONSENTED TO:**

| | |
|---|---|
| /s/ James A. Vidmar | /s/ Richard M. Goldberg |
| James A. Vidmar, Bar No. 00271 | Richard M. Goldberg, Bar No. 07994 |
| Linowes & Blocher LLC | Shapiro Sher Guinot & Sandler |
| 7200 Wisconsin Avenue, Ste 800 | 36 S. Charles St., 20th Fl. |
| Bethesda, MD 20814-4842 | Baltimore, MD 21201 |
| (301) 961-5205 | (410) 385-0202 |
| *Counsel to Debtor* | *Counsel to Claimants* |

/s/ George W. Liebmann
George W. Liebmann, Bar No. 01112
Liebmann & Shively
8 W. Hamilton St.
Baltimore, MD 21201

*Chapter 7 Trustee*

I hereby certify that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original Consent Order and the signatures represented by /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

cc:   Richard M. Goldberg, Esquire
      Scott W. Foley, Esquire
      Shapiro Sher Guinot & Sandler
      36 S. Charles St., Ste. 2000
      Baltimore, MD 21201

      James A. Vidmar, Esquire
      Linowes & Blocher LLC
      7200 Wisconsin Avenue, Ste 800
      Bethesda, MD 20814

      Kevin Arthur, Esquire
      David Shuster, Esquire
      Kramon & Graham  PA
      1 South St., 26th Fl.
      Baltimore, MD 21202

      George W. Liebmann
      Liebmann & Shively
      8 W. Hamilton Street
      Baltimore, MD 21201

**End of Order**

F:\LIT\DFGORHAM\WPDATA\Lead Paint Cases\StipulationConsetOrder.doc;;dfg