April 18, 2009

Nicholas Queen
29623-037
USP Lee County
P.O. Box 305
Jonesville, VA. 24263

James F. Schneider
U.S. Bankruptcy Judge
United States Bankruptcy Court For The District of Maryland (Baltimore Division)

Re: Creditor's Application of Leave of Payment for Living In An Possible Lead Paint Contaminated Rental Property Case No.(s) 05-36514-JFS and 05-36870-JFS

Dear Judge Schneider:

Please accept this letter as an application of payment for living in an possible lead paint contaminated property owed by the debtor in the above citing case No.(s), in the amount of $800,000.00.

Your Honor, it is my belief that

page 1 of 3

No proof of claim need be filed by me in this case where it has already been stipulated on record before this court that I could be a creditor in this case as the result of the rental property owned by debtors at 2009 Kennedy Ave. in which I lived from 1970 through 1992.

Your Honor I also ask that the court take into consideration that I have been incarcerated since 1993 within the Federal Bureau of Prisons and that no notice for proof of claim has been served to me by debtor's at this address resulting in my being unfamilar with any requirements pertaining to this case.

Your Honor I also ask that

this court take into consideration that my incarceration may last until 2035.

Wherefore, I, Nicholas Queen, a possible creditor in this case request the court to grant this application if there are no objections within 30 days of the date April 18, 2009.

<u>copies sent to:</u>
Zvi Guttman
P.O. Box 32308
Baltimore, MD 21282
The Office of the U.S. Trustee
101 West Lombard St.
Balto. MD. 21201, and
James Vidmar, Jr.
Linowes and Blocher
7200 Wisconsin Ave.
Bethesda, MD. 20814-4842

    Respectfully submitted
    /s/ <u>Nicholas Queen</u>
    Nicholas Queen #29623-037
    USP-Lee County P.O. Box 305
    Jonesville, VA. 24263

page 3 of 3