# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 12/22/10**

In re:   Case No.:   05−36870 JS    Chapter:   7

Paul Wye Nochumowitz
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 223 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $ 13403.74 Filed by Irene Lemon . (Johnson, J)

PROBLEM: Claimant name of Irene Lemmon does not match Court record name of Irene Lemon.

CURE: Claimant must offer proof that Irene Lemon & Irene Lemmon are the same person .

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 1/5/11.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/PS_debtor_after.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Tammy Meany  410−962−4434

cc:   Debtor(s)
      Attorney for Debtor(s) – Jennifer Larkin Kneeland
      Claimant's Representative−Charlene J. Keys

Form defntc (01/06)