UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

FILED
2011 NOV -9 PM 12:12
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In re: )
)
Paul Wye Nochumowitz ) Bankruptcy Case No: 05-36870
) Chapter 7
Debtor(s) )
)

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Dilks & Knopik, LLC, hereinafter called Applicant, who is the Attorney-in-Fact for Irene Lemmon, Claimant, and respectfully moves the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Applicant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $13,403.74. The Claimant did not receive the funds because: The original dividend check was sent to an Irene Lemon c/o Saul E Kerpelman as evidenced by exhibit A. That address is not valid as it was the old address of the attorney who assisted Irene Lemmon file a proof of claim. Furthermore Mr. Kerpelman incorrectly spelled the name of Irene Lemmon as Lemon also as evidenced by exhibit A. The correct spelling of her name was listed on the creditor mailing matrix as evidenced by exhibit B. In addition Irene Lemon has also signed an affidavit swearing on the penalty of perjury that Irene Lemon and Irene Lemmon are the same person. The current address of Irene Lemmon is listed below. The change in mailing address prevented delivery of the original dividend check.

2. To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

3. Irene Lemmon has appointed Dilks & Knopik, LLC its Attorney-in-Fact for the collection of these funds. (Please see the attached Power of Attorney).

4. Applicant is aware of the state law requirements for being a personal representative.

5. Claimants current address and phone number are:
   Irene Lemmon
   1706 N Bentalou Street, First Floor
   Baltimore, MD 21216
   443-835-2794
   Last four digits of SS#/Tax ID: 2523

WHEREFORE, Applicant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027.

Respectfully Submitted:



Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
Irene Lemmon
PO Box 2728
Issaquah, WA 98027
425-836-5728

On __11/3/2011__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9th, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

FILED
2011 NOV -9 PM 12: 12
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In re: )
   Paul Wye Nochumowitz ) Bankruptcy Case No: 05-36870
) Chapter 7
   Debtor(s) )
)

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on November 3, 2011 the US Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Irene Lemmon
1706 N Bentalou Street, First Floor
Baltimore, MD 21216

Respectfully Submitted:

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
425-836-5728
Attorney-in-Fact for
Irene Lemmon

**SUBSCRIBED AND SWORN TO BEFORE ME** this ___3rd___ day of ___November___, 20_11_, in the County of King, State of Washington

_____
Signature of Notary Public
Date Commission Expires: <u>August 9th, 2015</u>