

*James F. Schneider*
**JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   05–36870 – JS    Chapter:   7

Paul Wye Nochumowitz
3504 Old Post Dr.
Pikesville, MD 21208

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

   Upon consideration of the motion filed by Irene Lemon aka Irene Lemmon for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $13403.74 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Irene Lemon
aka Irene Lemmon
c/0 Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

cc:   Claimant –
       Claimant's Attorney –

**42.3 – *tmeany***

**End of Order**